JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/22/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY DEE CLARK,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>PD BRAZELTON, Warden,<br><br>　　　　　Respondent. | Case No. CV 13-4206-FMO (LAL)<br><br>**JUDGMENT** |

　　Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:  April 22, 2015　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　HONORABLE FERNANDO M. OLGUIN
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE